**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD THOMAS MILIN,<br><br>    Plaintiff,<br><br>    vs.<br><br>GREENPOINT MORTGAGE FUNDING, INC., a California Corporation; CAPITAL ONE FINANCIAL CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation,<br><br>    Defendants. | Case No.: CV 09-364 DSF (JCx)<br>CV 09-553 DSF (JCx)<br><br>JUDGMENT |

The Court orders that the case be dismissed with prejudice by consent of Plaintiff as evidenced by lack of opposition to the motions to dismiss.

Dated: 9/4/09

_____
Dale S. Fischer
United States District Judge